IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PAUL WOODRUFF,<br><br>    Petitioner,<br><br>  v.<br><br>MARION AWOKE, et al.,<br><br>    Respondents.               / | No. C 10-03268 CW (PR)<br><br>ORDER VACATING HEARING |

    Good cause appearing, the hearing noticed in this matter on Plaintiff's motion for injunctive relief for October 15, 2010 at 2:00 PM is hereby VACATED.

    The motion will be decided without a hearing.

    IT IS SO ORDERED.

Dated: 10/15/2010

                                              CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WOODRUFF et al,

        Plaintiff,

v.

AWOKE et al,

        Defendant.

Case Number: CV10-03268 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Woodruff 56195-097
1512 Harrison St.
Fairfield, CA 94533

Dated: October 15, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk